**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MAGDA ZAMORA,               )<br>                            )<br>        Plaintiff,        )<br>v.                            )<br>                            ) | Case No: 25-CV-00951<br>Hon. Thomas M. Durkin |

MAGDA ZAMORA, )
)
      Plaintiff, )
v. )    Case No: 25-CV-00951
)    Hon. Thomas M. Durkin
LIFE TIME FITNESS )
LIFE TIME FITNESS, INC., )
LIFE TIME, INC. )
LIFETIME FITNESS - ROMEOVILLE )
LTF CLUB OPERATIONS COMPANY, INC. )
LTF OPERATIONS HOLDING, INC. )
LT (ILLINOIS) PROPERTY MANAGEMENT )
COMPANY, LLC. )
LTF CLUB MANAGEMENT COMPANY, LLC. )
LTF REAL ESTATE COMPANY, INC. )
SNH LTF PROPERTIES LLC, )
)
      Defendants. )

## <u>DEFENDANTS' ADDENDUM TO NOTICE OF REMOVAL</u>

Now Come Defendants LIFE TIME, INC.; LTF CLUB OPERATIONS COMPANY, INC.; LTF OPERATIONS HOLDING, INC.; LT (ILLINOIS) PROPERTY MANAGEMENT COMPANY, LLC.; LTF CLUB MANAGEMENT COMPANY, LLC.; LTF REAL ESTATE COMPANY, INC.; and SNH LTF PROPERTIES LLC ("Defendants") and for their Addendum to their previously filed Notice of Removal, state as follows:

On January 28, 2025, Defendants filed their Notice of Removal [Dkt. #4] asserting, *inter alia,* that Plaintiff Zamora is a resident of the State of Illinois and that certain limited liability company defendants were citizens of foreign states because their states of incorporation and principal places of business were in foreign states.

On January 31, 2025, the Court entered an order with respect to the Notice of Removal finding: 1) the citizenship allegations as to Plaintiff were not sufficient because they addressed her

residence and not citizenship; and 2) the citizenship allegations as to the Limited Liability Company Defendants were not sufficient because they did not allege the citizenship of those company's respective members. [ECF #6] The Court directed the Defendants to file a jurisdictional addendum addressing those deficiencies. *Id.*

After consultation with the numerous entities named by Plaintiff in this action by the undersigned it is unclear whether complete diversity exists and, if not, whether some of the Defendants were fraudulently joined. Given the nature of the lawsuit, however, and in the interest of judicial economy and to minimize the cost to the parties, Defendants elect to not contest remand.

Respectfully submitted,

/s/ *Michael L. Hahn*
One of the Attorneys for Defendants

Michael L. Hahn
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
Hahn@LitchfieldCavo.com
(312) 781-6569
Fax: (312) 781-6630

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2025, the foregoing Notice of Removal and accompanying documents were served on counsel of record via the Court's ECF filing system.


/s/ *Michael L. Hahn*
One of the Attorneys for Defendants

3