## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Magda Zamora

                         Plaintiff,

v.                                              Case No.: 1:25−cv−00951
                                                Honorable Thomas M. Durkin

Life Time Fitness, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Defendants have filed their addendum to notice of removal [7], which indicates they cannot determine whether complete diversity exists. Defendants do not contest remand. Accordingly, this case is remanded to the Will County Circuit Court. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.